Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATRIX INTERNATIONAL TEXTILE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY'S APPAREL, INC. d/b/a COCONUT ROW, a Delaware corporation; HAGGAR TRIBAL, INC., a Texas corporation; and DOES 1-10,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>Jury Trial Demanded |

Plaintiff Matrix International Textile, Inc. ("Matrix") hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, et seq.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Matrix is a California corporation with its principal place of business located in Los Angeles, California, and within this judicial district.

5. Upon information and belief, Defendant Anthony's Apparel, Inc. d/b/a Coconut Row ("Anthony's") is a Delaware corporation that does business as "Coconut Row" and owns the "Coconut Row" and "Coconut Row Palm Beach" brands, including U.S. Trademark Registration No. 2,383,648 for the mark COCONUT ROW, under which the Accused Products are marketed and sold. Anthony's operates retail stores in Florida, including in West Palm Beach and Naples, and the e-commerce website www.anthonysfla.com, through which it offered for sale and sold the Accused Products to consumers, including consumers in this judicial district.

6. Upon information and belief, Defendant Haggar Tribal, Inc. ("Haggar") is a Texas corporation with its principal place of business at 1507 Lyndon B. Johnson Freeway, Suite 100, Farmers Branch, Texas 75234. Haggar is a manufacturer and importer of apparel, and, as identified by RN #143728 on the labels of the Accused Products, Haggar manufactured, caused to be manufactured, imported, and/or distributed the Accused Products in the United States and in this judicial district.

7. Upon information and belief, Defendants Does 1-10 ("DOE Defendants") (collectively with Anthony's and Haggar, "Defendants") are other parties not yet identified who have infringed Matrix's copyrights, have contributed to the infringement of Matrix's copyrights, or have engaged in one or more of the wrongful acts alleged herein. The true names, whether corporate, individual, or otherwise, of Defendants Does 1-10 are presently unknown to Matrix, which therefore sues said

Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

8. Upon information and belief, at all relevant times, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted the acts or conduct alleged, with full knowledge of each and every violation of Matrix's rights and the damages to Matrix proximately caused thereby.

**DEFENDANTS' UNAUTHORIZED EXPLOITATION OF MATRIX'S DESIGN**

9. Prior to the infringement alleged herein, and at all relevant times, Matrix owned an original two-dimensional artwork for purposes of textile printing. It allocated this design the name MX-9428 (the "Subject Design").

10. Matrix owns a U.S. copyright registration covering the Subject Design. The Subject Design was registered with the United States Copyright Office under U.S. Copyright Registration No. VAu 1-265-087, with an effective date of registration of December 16, 2016.

11. Prior to the infringement alleged herein, Matrix had formatted the Subject Design for use in textiles and sampled and sold fabric bearing the Subject Design to parties in the fashion and apparel industries.

12. Following this distribution of products bearing the Subject Design, Matrix's investigation revealed that certain entities within the fashion and apparel industries had misappropriated the Subject Design and were selling fabric and garments bearing illegal reproductions and derivations of the Subject Design.

13. Matrix is informed and believes and thereon alleges that, following this distribution of fabric bearing the Subject Design, Defendants, and each of them,

created, manufactured, caused to be manufactured, imported, distributed, offered for sale, and/or sold garments bearing designs that are substantially and/or strikingly similar to the Subject Design (the "Accused Products"), including without limitation apparel bearing the "Coconut Row Palm Beach" brand and identified by style numbers 3900AY-3024, 3902AY-3024, 4421AY-3024, and 9135AY-3024.

14. Upon information and belief, Defendants offered for sale and sold the Accused Products to consumers in this judicial district, including through Defendant Anthony's and its e-commerce operations at www.anthonysfla.com.

15. A comparison of the Subject Design (left) and non-inclusive exemplars of the corresponding Accused Products (right) is set forth below; it is apparent that the elements, composition, colors, arrangement, layout, and appearance of the designs are substantially and/or strikingly similar:

| Subject Design | Accused Product |
|---|---|
|  | <br>Name: "Coconut Row Palm Beach"<br>Damask UPF50+ Pull-On Skort<br>Style No.: 3900AY-3024 |

| Subject Design | Accused Product |
| --- | --- |
|  |  Name: "Coconut Row Palm Beach" Damask UPF50+ Sleeveless Polo<br>Style No.: 3902AY-3024 |
|  |  Name: "Coconut Row Palm Beach" Damask UPF50+ Sleeveless Dress<br>Style No.: 4421AY-3024 |

| Subject Design | Accused Product |
|---|---|
|  | <br>Name: "Coconut Row Palm Beach" Damask UPF50+ Pull-On Capri Legging<br>Style No.: 9135AY-3024 |

**CLAIM FOR RELIEF**

(For Copyright Infringement – Against All Defendants, and Each)

16. Matrix repeats, realleges, and incorporates by reference as though fully set forth herein, the allegations contained in the preceding paragraphs of this Complaint.

17. Upon information and belief, Defendants, and each of them, had access to the Subject Design, including through (a) access to Matrix's showroom and/or design library; (b) access to unauthorized copies of the Subject Design by third-party vendors and/or DOE Defendants, including converters and printing mills; (c) access to Matrix's strike-offs and samples; (d) garments manufactured and sold to the public bearing fabric lawfully printed with the Subject Design by Matrix for its customers; and/or (e) because the Subject Design and the design on the Accused Products are strikingly similar.

18. Upon information and belief, one or more of the Defendants manufactures garments and/or is a garment vendor; said Defendant(s) has an ongoing

business relationship with Defendant retailers, and each of them, and supplied garments to said Defendant retailers composed of fabric bearing an unauthorized reproduction of the Subject Design and/or an infringing derivative thereof.

19. Upon information and belief, Defendants, and each of them, created, manufactured, caused to be manufactured, distributed, imported, offered for sale, and/or sold garments that infringe Matrix's copyright in the Subject Design through retail stores and/or websites.

20. Due to Defendants' acts of infringement, Matrix has suffered substantial damages in an amount to be established at trial.

21. Due to Defendants' acts of infringement, Matrix has suffered general and special damages in an amount to be established at trial.

22. Due to Defendants' acts of infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not have realized but for their infringement. As such, Matrix is entitled to disgorgement of Defendants' profits attributable to Defendants' infringement in an amount to be established at trial.

23. Matrix is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement. Within the time permitted by law, Matrix will make its election between actual damages and statutory damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

a. That Defendants, their agents, and/or anyone else working in concert with Defendants and their agents, be enjoined from infringing Plaintiff's

copyrights in any manner and from further creating, manufacturing, causing to be manufactured, distributing, offering for sale, and/or selling the Accused Products;

b. That Plaintiff be awarded all Defendants' profits, plus all Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

c. That Plaintiff be awarded its fees as available under 17 U.S.C. § 505;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

**JURY DEMAND**

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Respectfully submitted,

Dated: September 11, 2026 By: */s/ Trevor W. Barrett*

Trevor W. Barrett, Esq.
David Shein, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*